UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| SHIRLEY ANN RAGUTH,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br><br>    Defendant.<br>_____/ | No. C-10-03863 NJV<br><br>**ORDER REQUIRING ANSWER** |

      This is a complaint for judicial review of decision of a commissioner of social security. The complaint was filed in this court on August 30, 2010. While it is unclear from the docket when Defendant was served with the summons and complaint, Defendant filed a consent to proceed before a Magistrate Judge on October 20, 2010. Pursuant to the Procedural Order for Social Security Review Actions, filed in this case on August 30, 2010, Defendant must file an serve an answer within ninety days of receipt of service of the summons and complaint.

      Accordingly, IT IS HEREBY ORDERED that Defendant shall either file an answer in this case within thirty (30) days of the date of service of this order, or show cause why default should not be entered in this case.

Dated: March 29, 2011

NANDOR J. VADAS
United States Magistrate Judge