1  KENNETH J. COLLINS CSB 100579
   Attorney at Law
2  P.O. Box 1193
   Arcata, CA  95518
3  (707)822-1611 fax 822-1044
   aew1950@yahoo.com
4  Attorney for Plaintiff

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

12 | SHIRLEY ANN RAGUTH,                    | Civil No.:  C-10-03863 NJV

13 |         Plaintiff,                     | STIPULATION IN SUPPORT OF
   |                                        | PLAINTIFF'S REQUEST FOR
14 |    vs.                                 | EXTENSION OF TIME

15 | MICHAEL J. ASTRUE, Commissioner of Social

16 | Security,

17 |         Defendant

18

19     IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the

20 approval of the Court, that plaintiff Shirley Ann Raguth may have an extension until May 6, 2011, in

21 which to file plaintiff's response to defendant's motion to dismiss.

22     This is plaintiff's first request for an extension of time in this matter.

23

24 Dated:  April 22, 2011                    s/s Kenneth J. Collins
                                             KENNETH J. COLLINS
25                                           Attorney for Plaintiff

| | |
|---|---|
| Dated: April 22, 2011 | Peter Thompson, authorized by email<br>Special Assistant U.S. Attorney |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

| | |
|---|---|
| Dated: _____ | _____<br>NANDOR J. VADAS<br>United States Magistrate Judge |