KENNETH J. COLLINS CSB 100579
Attorney at Law
P.O. Box 1193
Arcata, CA  95518
(707)822-1611 fax 822-1044
aew1950@yahoo.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SHIRLEY ANN RAGUTH,<br><br>           Plaintiff,<br><br>        vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>           Defendant | Civil No.:  C-10-03863 NJV<br><br>STIPULATION IN SUPPORT OF PLAINTIFF'S REQUEST FOR EXTENSION OF TIME |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that plaintiff Shirley Ann Raguth may have an extension until May 6, 2011, in which to file plaintiff's response to defendant's motion to dismiss.

This is plaintiff's first request for an extension of time in this matter.

Dated:  April 22, 2011                    s/s Kenneth J. Collins
                                          KENNETH J. COLLINS
                                          Attorney for Plaintiff

Dated: April 22, 2011                    Peter Thompson, authorized by email
                                         Special Assistant U.S. Attorney


PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: ___April 25, 2011___              _____
                                         NANDOR J. VADAS
                                         United States Magistrate Judge