KENNETH J. COLLINS CSB 100579
Attorney at Law
P.O. Box 1193
Arcata, CA  95518
(707)822-1611 fax 822-1044
aew1950@yahoo.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SHIRLEY ANN RAGUTH,<br><br>        Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>        Defendant | Civil No.:  C-10-03863 NJV<br><br>STIPULATION IN SUPPORT OF PLAINTIFF'S SECOND REQUEST FOR EXTENSION OF TIME |

    IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that plaintiff Shirley Ann Raguth may have an extension until May 27, 2011, in which to file plaintiff's response to defendant's motion to dismiss.

Dated:  May 4, 2011　　　　　　　　　　　　s/s Kenneth J. Collins
　　　　　　　　　　　　　　　　　　　　　KENNETH J. COLLINS
　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Dated:  May 4, 2011　　　　　　　　　　　　Peter Thompson, authorized by email
　　　　　　　　　　　　　　　　　　　　　Special Assistant U.S. Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 5, 2011

NANDOR J. VADAS
United States Magistrate Judge