**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

9  SHIRLEY ANN RAGUTH,                    No. C-10-3863 NJV

10              Plaintiff,

11       v.                               **ORDER GRANTING STIPULATION**

12  MICHAEL J. ASTRUE,

13              Defendant.
   _____/

14

15

16      The Court grants the parties' stipulation to allow Plaintiff Shirley Ann Raguth until June 27,

17  2011 to file her response to Defendant's motion to dismiss.  This is Plaintiff's third request for an

18  extension.  No further extensions for Plaintiff's response will be granted.

19

20  **IT IS SO ORDERED.**

21

22  Dated: May 27, 2011

23                                        _____

24                                        NANDOR J. VADAS
                                          United States Magistrate Judge

25

26

27

28