KENNETH J. COLLINS CSB 100579
Attorney at Law
P.O. Box 1193
Arcata, CA  95518
(707)822-1611 Fax 822-1044
aew1950@yahoo.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
EUREKA DIVISION

| | |
|---|---|
| SHIRLEY ANN RAGUTH,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>　　　　Defendant | Civil No.:  C-10-3863 NJV<br><br>STIPULATION TO DISMISSAL OF COMPLAINT |

IT IS HEREBY STIPULATED by and between plaintiff Shirley Ann Raguth and Michael J. Astrue, Commissioner of Social Security, that this matter be dismissed, each party to bear its own fees, costs, and expenses.

Dated:  June 23, 2011　　　　　　　　　　s/s Kenneth J. Collins
　　　　　　　　　　　　　　　　　　　　KENNETH J. COLLINS
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Dated: June 23, 2011　　　　　　　　　　Peter Thompson, authorized by email
　　　　　　　　　　　　　　　　　　　　Special Assistant U.S. Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  June 28, 2011

　　　　　　　　　　　　　　　　　　　　NANDOR J. VADAS
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Stipulation to Dismissal of Complaint
-1-